# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

[1] JOSE SILVA-RENTAS,
aka Cheo Silva,
aka El Prieto,
aka Alfredo Gomez-Hidalgo,
aka Felix Medina-Resto,
(Counts One, Two and Three)
[2] JULIO COLON-MALDONADO,
aka Julio Cagon,
aka Francisco Diaz,
aka Adrian Torres-Quiñonez,
(Counts One, Four and Five)
[3] LUIS A. DELGADO-MIRANDA,
aka Berto,
(Count Six)
[4] HECTOR ORTA-CASTRO
aka Wiso Orta
aka Lechero
(Count One)
Defendants.

INDICTMENT

Criminal No. 14-387 (PAD)

Violations:
18 U.S.C. §§ 922(g)(1), 922(o), 924(a)(2),
924(c)(1) and 2
21 U.S.C. § 841(a)(1)(B)

Forfeiture Allegation:
18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)

(SIX COUNTS)

RECEIVED&FILED
CLERK'S OFFICE
JUN X 4 2014
US DISTRICT COURT
SAN JUAN, PR

THE GRAND JURY CHARGES

## COUNT ONE
Prohibited Person in Possession of a Firearm: Convicted Felon
(Title 18, United States Code, Section 922(g)(1))

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

[2] JULIO COLON-MALDONADO,
aka Julio Cagon,
aka Francisco Diaz,
aka Adrian Torres-Quiñonez,

the defendant herein, having been convicted in court of a crime punishable by imprisonment for a term exceeding one (1) year, aided and abetted by,

**[1] JOSE SILVA-RENTAS,**
aka Cheo Silva,
aka El Prieto,
aka Alfredo Gomez-Hidalgo,
aka Felix Medina-Resto,
**[3] LUIS A. DELGADO-MIRANDA,**
aka Berto,
**[4] HECTOR ORTA-CASTRO,**
aka Wiso Orta,
aka Lechero

also defendants herein, did knowingly and unlawfully possess in and affecting interstate commerce, firearm and ammunitions, as those terms are defined in Title 18, United States Code, § 921(a)(3) and (17)(A) respectively; that is: one (1) Glock pistol, Model 23, .40 caliber, bearing serial number MMH212 with an extended magazine containing twenty-one (21) rounds of ammunition; said firearm and ammunition having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and Section 2.

## COUNT TWO
**Prohibited Person in Possession of a Firearm: Convicted Felon**
**(Title 18, United States Code, Section 922(g)(1))**

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] JOSE SILVA-RENTAS,**
aka Cheo Silva,
aka El Prieto,
aka Alfredo Gomez-Hidalgo,
aka Felix Medina-Resto,

the defendant herein, did knowingly and unlawfully possess in and affecting interstate commerce, firearm and ammunitions, as those terms are defined in Title 18, United States Code,

§ 921(a)(3) and (17)(A) respectively; that is: one loaded (1) Glock pistol, Model 17, caliber 9mm bearing serial number AABF690 and one loaded (1) Glock pistol, Model 34, caliber 9mm, bearing serial numbers RXA299/RUK712 with automatic firing capabilities; said firearms and ammunition having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
### Possession of Machine Gun
### (Title 18, United States Code, Section 922(o))

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] JOSE SILVA-RENTAS,**
**aka Cheo Silva,**
**aka El Prieto,**
**aka Alfredo Gomez-Hidalgo,**
**aka Felix Medina-Resto,**

the defendant herein, did knowingly and unlawfully possess a machine gun, as that term is defined in Section 5845(b) of the National Firearms Act, Title 26, United States Code, Section 5845(b); that is: one loaded (1) Glock pistol, Model 34, caliber 9mm, bearing serial numbers RXA299/RUK712 with automatic firing capabilities. All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
### Possession with the Intent to Distribute
### (Title 21, United States Code, Section 841(a)(1))

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**[2] JULIO COLON-MALDONADO,**
aka Julio Cagon,
aka Francisco Diaz,
aka Adrian Torres-Quiñonez,

the defendant herein, did knowingly or intentionally possess with intent to distribute a measurable amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Controlled Substance. All in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(B)(iii).

### COUNT FIVE
Possession of Firearm n Furtherance of Drug Trafficking Crimes
(Title 18, United States Code, Section 924(c)(1))

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**[2] JULIO COLON-MALDONADO,**
aka Julio Cagon,
aka Francisco Diaz,
aka Adrian Torres-Quiñonez,

the defendant herein, did knowingly and unlawfully possess a firearm, as that term is defined in Title 18, United States Code, § 921(a)(3); that is: one (1) Glock pistol, Model 23, .40 caliber, bearing serial number MMH212 with an extended magazine containing twenty-one (21) rounds of ammunition, in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine in violation of Title 21, United States Code, § 841(a)(1), as charged in Count Four. All in violation of Title 18, United States Code, §§ 924(c)(1)(A) and (c)(1)(A)(i).

## COUNT SIX
### Prohibited Person in Possession of a Firearm: Convicted Felon
### (Title 18, United States Code, Section 922(g)(1))

On or about May 29, 2014, in the District of Puerto Rico and within the jurisdiction of this Court,

**[3] LUIS A. DELGADO-MIRANDA,
aka Berto,**

the defendant herein, did knowingly and unlawfully possess in and affecting interstate commerce, ammunitions, as those terms are defined in Title 18, United States Code, § 921(a)(3) and (17)(A) respectively, that is, several .223 caliber ammunitions; said ammunitions having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

The Grand Jury further finds that:

The allegations contained in Counts One (1) through Six (6) of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title United States Code, Sections 922(g)(1), 922(o), 924(a)(2), 924(c)(1) and 2 and Title 21, United States Code, Section 841(a)(1)(B), of this Indictment, the defendants, **[1] JOSE SILVA-RENTAS, aka Cheo Silva, aka El Prieto, aka Alfredo Gomez-Hidalgo, aka Felix Medina-Resto, [2] JULIO COLON-MALDONADO, aka Julio Cagon, aka Francisco Diaz, aka Adrian Torres-Quiñonez, [3] LUIS A. DELGADO-MIRANDA, aka Berto, and [4] HECTOR ORTA-CASTRO aka Wiso Orta, aka Lechero,** shall forfeit to the United States pursuant to Title 18, United States Code,

Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

(a) one (1) Glock pistol, Model 23, .40 caliber, bearing serial number MMH212 with an extended magazine containing twenty-one (21) rounds of ammunition;

(b) one loaded (1) Glock pistol, Model 17, caliber 9mm bearing serial number AABF690;

(c) one loaded (1) Glock pistol, Model 34, caliber 9mm, bearing serial numbers RXA299/RUK712 with automatic firing capabilities; and

(d) several .223 caliber ammunitions.

**TRUE BILL**
**REDACTED VERSION**

FOREPERSON _(signature)_

DATED: June/04/2014

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

_(signature)_
José Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

_(signature)_
Myriam Y. Fernández
Assistant United States Attorney
Deputy Chief, Narcotics Unit

_(signature)_
Dina Avila-Jiménez
Assistant United States Attorney

_(signature)_
Eugenio Lomba-Ortiz
Special Assistant United States Attorney